# EXHIBIT A

**From:** D□e□b□t □R□e□li□e□f□ □A□ss□o□c□i□a□t□e□ <dvjfkvpsyh@cjminori.com>
**To:** "biancamua28@yahoo.com" <biancamua28@yahoo.com>
**Sent:** Wednesday, March 4, 2026 at 08:21:18 PM PST
**Subject:** Y□o□u□ □C□o□u□l□d□ S□a□y□ □G□o□o□d□b□y□e□ □to□ □C□r□e□d□i□t □C□a□r□d□ □D□e□bt□ □S□t□r□e□s□s□.□ □L□e□a□r□n□ □H□o□w□!□

□





## A smart program to help Americans get rid of debt

Expensive credit card minimums? Due dates left and right? **Freedom Debt Relief** offers one low monthly program payment to get rid of high debt.

Their experts eat debt stress for breakfast. And they're ready to negotiate with your creditors. If you haven't done so already, check below!

**Calculate your payment >**



Freedom Debt Relief, LLC | 1875 South Grant Street, Suite 400, San Mateo, CA 94402
Copyright 2024. Freedom Debt Relief. All rights reserved.
Privacy Policy | Unsubscribe
This is an advertisement.